| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 8:93-CR-00001-CJC-1 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 2:22-cr-00254-RFB-EJY |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Central of California | DIVISION Southern |
|---|---|---|
| Mr. Jesse Manuel Dumbrique | NAME OF SENTENCING JUDGE Cormac J. Carney | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM November 9, 2020 — TO November 8, 2023 |

**OFFENSE**

Bank Robbery, in violation of 18 USC 2113(a) (Count 1); Using a Firearm in Relation to a Crime of Violence, in violation of 18 USC 924 (c), (24 (d)(1) (Count 2 and 4); and Bank Robbery, Use of Dangerous Weapon, in violation of 18 USC 2113 (a)(d)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___CENTRAL___ DISTRICT OF ___CALIFORNIA___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

November 9, 2022
*Date*  —  *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ___NEVADA___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

November 16, 2022
*Effective Date*  —  Richard F. Boulware, II  United States District Judge



# United States District Court
### Central District of California
## Office of the Clerk

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

~~Sara Tse Soo Hoo~~
Chief Deputy of Operations
255 East Temple Street, Suite PS-134
Los Angeles, CA 90012

November 09, 2022

```
           FILED
           ENTERED         RECEIVED
                           SERVED ON
                           COUNSEL/PARTIES OF RECORD

              NOV 14 2022

           CLERK US DISTRICT COURT
              DISTRICT OF NEVADA
BY:                               DEPUTY
```

Clerk, United States District Court

_____ District of ____Nevada____

333 Las Vegas Blvd South
Las Vegas, NV 89101

Re:   Transfer of Our Case No. 8:93-CR-00001-CJC-1
      Assigned Your Case No. _____
      Case Title: USA v. Jesse Manuel Dumbrique

Dear Sir/Madam:

[✓]   Enclosed are the original and one copy of Probation Form 22, Transfer of Jurisdiction, in the above-entitled matter, which has been approved by this court.  Please present to your court for approval.

Upon approval, please return the **original** to this office and we will send you the necessary documents from our file.  If you assign a case number at this time, please enter the number where indicated above, and return a copy of this letter as well.

[ ]   Transfer of probationary jurisdiction to your district having been approved in the above-entitled matter, enclosed are the copies of: 1) indictment/information, and 2) judgment and probationary order.

Please acknowledge receipt of these documents on the copy of this letter and return to this district.

Sincerely,

Clerk, U.S. District Court

By  D. Tamayo
    Deputy Clerk

cc:   Probation Office, Central District of California
      Probation Office, Transferee District

---

### Acknowledgment of Receipt

Receipt is hereby acknowledged of the enclosures referred to above.

Clerk, U.S. District Court

By  _____

Date _____          Deputy Clerk

CR-22 (10/22)          TRANSMITTAL LETTER - PROBATION TRANSFER OUT